IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| SAVILLE L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. AMD-00-CV-3719 |
| MERRILL LYNCH PIERCE FENNER & SMITH, INC., *et al.* | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), plaintiff, Saville L. Williams, hereby dismisses his Complaint in the above-captioned matter.

2/7/2001
APPROVED
*[signature]*

Dated: February 5, 2001

LAW OFFICES OF LESLIE A. POWELL

*[signature]*

Leslie A. Powell (Bar No. 03779)
19 North Court Street
Suite 203
Frederick, Maryland 21701
(301) 668-7575
(301) 668-7755 (fax)
Counsel for Plaintiff